**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**WILLIAM-ALAN AUSTIN,**
Owner, Servicemark WILLIAM ALAN AUSTIN℠,
Plaintiff,

**v.** Civil Action No.: ______________

**CREDIT CORP SOLUTIONS, INC., et al.**
Defendants.

---

# EXHIBITS

**To Plaintiff's Complaint, Affidavit, and Supporting Motions**

---

## PLAINTIFF'S EXHIBITS

### IN SUPPORT OF COMPLAINT, MOTION FOR PRELIMINARY INJUNCTION, AND MOTION FOR JUDICIAL NOTICE

**Exhibit A:** Georgia Servicemark Registration S-33096
**Exhibit B:** Oconee County Trade Name Registration (February 27, 2026)
**Exhibit C:** State Court Docket — ST26CV0568 (October 20, 2026)
**Exhibit D:** Sheriff's Return of Service — ST26CV0568 (July 15–16, 2026)
**Exhibit E:** Notices of Infringement — All Defendants (August 1–4, 2026)
**Exhibit F:** Notices of Non-Compliance — All Defendants (September 10, 2026)
**Exhibit G:** Bill of Sale — Synchrony Bank to Credit Corp Solutions (April 2025)
**Exhibit H:** Notarized Certificates of Service (7 Documents — August 1 & 4, 2026)
**Exhibit I:** Official Summons — State Court of Athens-Clarke County, Case No. ST26CV0568 (June 22, 2026)