**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT A

**Georgia Servicemark Registration WILLIAM ALAN AUSTIN℠**
**Issued April 28, 2026**

---

A true and correct copy of Georgia Servicemark **Registration Certificate No. S-33096**, issued April 28, 2026 by the Georgia Secretary of State to William-Alan Austin for the mark WILLIAM ALAN AUSTIN℠, Class 3 — Private Banking and Financial Services, with a first use date of March 11, 1958. This certificate constitutes constructive notice of Plaintiff's exclusive rights to all persons under **O.C.G.A. § 10-1-452** effective April 28, 2026.

Office of the Georgia Secretary of State — Corporations Division. A self-authenticating official government document that is subject to judicial notice under **Fed. R. Evid. 902(1)** and **902(2)** as an official public record whose accuracy cannot reasonably be questioned.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

# SECRETARY OF STATE

**Corporations Division 313 West Tower**
**2 Martin Luther King Jr. Dr. Atlanta, Georgia 30334-1530**

| | | |
|---|---|---|
| REGISTRATION NO. | : | S-33096 |
| MARK TYPE | : | SERVICE MARK |
| REGISTRATION DATE | : | 04/28/2026 |
| EXPIRATION DATE | : | 04/28/2036 |
| DATE MARK FIRST USED | : | 03/11/1958 |
| DATE FIRST USED IN GEORGIA | : | 07/01/2000 |

## CERTIFICATE OF REGISTRATION

**I, Brad Raffensperger, Secretary of State of Georgia, do hereby certify under seal of my office, that the mark identified and described below has been registered under the laws of Georgia for a period of ten years, the dates of registration and expiration as shown above. A facsimile of said mark is attached and recorded:**

**MARK: WILLIAM ALAN AUSTIN**

**CLASS: 3**

**MARK DESCRIPTION:**
**THE NAME "WILLIAM ALAN AUSTIN". THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE, OR COLOR.**

**This mark is used in connection with:**
**PRIVATE BANKING SERVICES; SURETY SERVICES; ESTATE PLANNING; FINANCIAL TRUST ADMINISTRATION; FORENSIC ACCOUNTING SERVICES**

**REGISTRANT:**

**William-Alan Austin**
**1090 Experiment Station**
**Rd Unit #662**
**Watkinsville, GA 30677**

**WITNESS my hand and official seal at the Capitol, in the City of Atlanta and the State of Georgia on 05/16/2026.**

**Brad Raffensperger**
**Secretary of State**