**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT B

**Oconee County, Georgia — Trade Name Registration WILLIAM ALAN AUSTIN**
**Recorded February 27, 2026**

---

This exhibit is the Trade Name Registration for the name "WILLIAM ALAN AUSTIN" recorded with the Oconee County, Georgia Clerk of Superior Court on February 27, 2026, pursuant to **O.C.G.A. § 10-1-490**, together with the Affidavit of Publication confirming publication in The Oconee Enterprise newspaper on March 12 and March 19, 2026. This recording constitutes a second independent publicly recorded instrument of Plaintiff's exclusive rights, predating Georgia Servicemark Registration No. S-33096.

Oconee County Clerk of Superior Court — officially recorded public instrument. A self-authenticating official government document that is subject to judicial notice under **Fed. R. Evid. 902(4)** as an official public record whose accuracy cannot reasonably be questioned.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN$^{SM}$, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

FILED IN CLERK'S OFFICE SUPERIOR/MAGISTRATE COURT 26 FEB 27 AM 8:05

# OCONEE COUNTY SUPERIOR COURT
# TRADE NAME REGISTRATION

PERSONALLY APPEARED THE UNDERSIGNED WHO ON OATH DEPOSES AND SAYS THAT:

• Austin, William-Alan
(Name of proprietor or corporate name if corporation)

• 1090 Experiment Station Road, Unit #662, Watkinsville, Georgia [30677]
(Physical Address of proprietor or parent corporation)

• 706-247-1841 waaustin@braxmail.net
(contact number) (Email if available)

• N/A
(Name of 2nd proprietor or corporate name if corporation)

• N/A
(Physical Address of 2nd proprietor or parent corporation)

• N/A
(contact number) (Email if available)

IS/ARE DOING BUSINESS IN OCONEE COUNTY, GEORGIA UNDER THE NAME OF:

*TRADE NAME: WILLIAM ALAN AUSTIN

*PHYSICAL ADDRESS: 1090 Experiment Station Road, Unit #662, Watkinsville, Georgia [30677]

*CONTACT NUMBER: 706-247-1841 EMAIL: waaustin@braxmail.net

*(Trade name address is in Oconee County)

* Nature of business: Insurance, Financial, Banking Consulting Services

bi: William Alan Austin
Signature of authorized person making declaration

William Alan Austin
Printed name of authorized person making declaration

Sworn to and subscribed before me

This 27 day of February, 2026

Stacy J. Carson
Notary Public or Deputy Clerk
exp 07/24/2027

STACY J. CARSON NOTARY PUBLIC OCONEE COUNTY, GEORGIA

**FEES Due at Time of Registration:**
**$175.00 Filing Fee to:: Clerk of Superior Court**
**NO REFUNDS ON TRADE NAME REGISTRATIONS**

Note: TheAct requires that this notice be published once a week for two weeks in the paper in which the Sheriff's advertisements are printed. The paper is The Oconee Enterprise. Also, upon change of ownership, new and amended statement of registration must be filed. (O.C.G.A. 10-1-490)

Revised 7/14

## Affidavit of Publication

STATE OF GEORGIA
COUNTY OF OCONEE

Nathalee Simoneau, being duly sworn, says:
That she is News Editor of the The Oconee Enterprise, a daily newspaper of general circulation, printed and published in Watkinsville, Oconee County, Georgia; that the publication, a copy of which is attached hereto, was published in the said newspaper on the following dates:

March 12, 2026, March 19, 2026

That said newspaper was regularly issued and circulated on those dates.
SIGNED:

News Editor

Subscribed and sworn to me this 19th day of March, 2026.

Caitlin Farmer
Notary Public: Caitlin Farmer
My commission expires: 8/26/28

CAITLIN FARMER
Notary Public - State of Georgia
Oconee County
My Commission Expires Aug 26, 2028

Text of ad:

OCONEE COUNTY SUPERIOR COURT
TRADE NAME REGISTRATION
PERSONALLY APPEARED UNDER THE UNDERSIGNED WHO ON OATH DEPOSES AND SAYS THAT: Austin, William-Alan
1090 Experiment Station Road, Unit #662, Watkinsville, Georgia [30677]
706-247-1841, waaustin@braxmail.net
IS/ARE DOING BUSINESS IN OCONEE COUNTY, GEORGIA UNDER THE NAME OF:
WILLIAM ALAN AUSTIN
1090 Experiment Station Road, Unit #662, Watkinsville, Georgia [30677]
706-247-1841
waaustin@braxmail.net
(Trade name address is in Oconee County)
Nature of business: Insurance, Financial, Banking Consulting Services
INC: 3/12, 19