**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT C

**Screenshot — State Court of Athens-Clarke County Online Docket — Case No. ST26CV0568**

**October 20, 2026**

---

A true and correct screenshot of the official online public docket of the State Court of Athens-Clarke County, Case No. ST26CV0568, styled "**CREDIT CORP SOLUTIONS, INC. A/A/O SYNCHRONY BANK v. WILLIAM AUSTIN**", accessed on October 20, 2026, confirming that the docket bearing Plaintiff's registered Servicemark **WILLIAM ALAN AUSTIN℠** as the named defendant party identifier remains publicly accessible.

Print screenshot obtained directly from the **State Court of Athens-Clarke County** online public records system, from website address https://www.athensclarkeclerkofcourt.com/

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

# CLERK OF SUPERIOR/STATE COURT
## ATHENS-CLARKE COUNTY, GEORGIA

325 E. WASHINGTON ST. RM. 450 - ATHENS, GA 30601
PHONE:706.613.3190 - FAX:706.613.3189
JURY PHONE:706.613.3199



## Dockets

Welcome to the new docl feature provided by the office of Athens-Clarke County Superior Court Cl - Elisa Zarate.

View case dockets by entering case number, party's name (lastname, firstname), and/or C number.
Once found, click the '+' button the left of the case number to v docket.

**A login is not required perform a search.**

**You may now purchase copie online using your credit card**

Need Help? Click here fo instructions

New Search

Court Officials and Attorneys Login Here

User Name

Password

Remember My User Name

Log In

Case # ST26CV0568

Party Name

CSE #

System Wide Search

Filed From / Filed To

☐ All ☐ Domestic
☐ Superior Civil ☐ Child Support
☑ State Civil ☐ Habeas Corpus

Search Clear

Please click the ⊕ / ⊖ buttons to the left of the results to expand/collapse case details

| | Case # | Case Style | Judge | Status | Filing | Disp. Date | Disp. Stage | Disp. Code | Case Type(s) |
|---|---|---|---|---|---|---|---|---|---|
| ⊖ | ST26CV0568 | CREDIT CORP SOLUTIONS, INC. A/A/O SYNCHRONY BANK V WILLIAM AUSTIN | CHARLES E. AUSLANDER III | OP | 6/22/2026 | | | | CONTRACT ACCOUNT |

### Parties

| Name | Party Type | Service Date | Service Type | Answer Date |
|---|---|---|---|---|
| CREDIT CORP SOLUTIONS, INC. A/A/O SYNCHRONY BANK | PLAINTIFF | | | |
| AUSTIN , WILLIAM | DEFENDANT | | | |

### Attorneys

| Name | Represents |
|---|---|
| WILLISON , JEFFREY P | P |
| GONZALEZ , DIEGO | P |

### Proceedings/Events

| Date | Court Date | Type | Image |
|---|---|---|---|
| 6/22/2026 | | CASE INITIATION FORM | View |
| 6/22/2026 | | COMPLAINT | View |
| 6/22/2026 | | SUMMONS-WILLIAM AUSTIN | View |
| 7/16/2026 | | SHERIFF RETURN OF SERVICE SERVED NOTORIOUS 7/15/2026(CHARLOTTE AUSTIN-SPOUSE) | View |
| 8/13/2026 | | ANSWER | View |
| 8/13/2026 | | COUNTER AFFIDAVIT OF WILLIAM ALAN AUSTIN OWNER OF REGISTERED SERVICEMARK WILLIAM ALAN AUSTIN IN OPPOSITION TO PLAINTIFFS AFFIDAVIT OF DEBT | View |
| 8/13/2026 | | LETTER CORRESPONDENCE | View |
| 8/13/2026 | | REQUEST FOR MANDATORY JUDICIAL NOTICE PURSUANT TO O.C.G.A 24-2-201 | View |
| 8/18/2026 | | NOTICE OF TYPOGRAPHICAL CORRECTION | View |
| 8/19/2026 | | NOTICE OF CLARIFICATION | View |
| 9/14/2026 | | NOTICE OF NON-COMPLIANCE AND CONFIRMED WILLFULL INFRINGEMENT | View |
| 9/15/2026 | | SECOND NOTICE OF CLARIFICATION | View |