**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT D

**Sheriff's Return of Service — Deputy Badge No. 6782 — July 15-16, 2026**

---

A true and correct copy of the Sheriff's Return of Service, bearing Plaintiff's registered Servicemark name WILLIAM ALAN AUSTIN℠ as the named defendant party identifier, filed July 16, 2026 in Case No. ST26CV0568, executed by Athens-Clarke County Sheriff's Department Deputy Badge No. 6782 on July 15, 2026, through Defendant Provest Litigation Services LLC. Deputy Badge No. 6782 commercially executed service of process documents bearing Plaintiff's registered Servicemark through Defendant Provest's for-profit commercial process serving engagement — constituting a separately actionable unauthorized commercial use of Plaintiff's registered Servicemark in commerce.

Print screenshot obtained directly from the **State Court of Athens-Clarke County** online public records system https://www.athensclarkeclerkofcourt.com/ . As an official court record, this Sheriff's Return of Service is subject to judicial notice under **Fed. R. Evid. 201(b)(2)** as a source whose accuracy cannot reasonably be questioned.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

EFILED IN OFFICE
CLERK OF STATE COURT
CLARKE COUNTY, GEORGIA
ST26CV0568
CHARLES E. AUSLANDER III
Date Filed: JUL 18, 2026 09:46 AM

Elisa Zarate
Elisa Zarate, Clerk
Athens-Clarke County, Georgia

## IN THE STATE COURT OF CLARKE COUNTY, STATE OF GEORGIA

| | |
|---|---|
| Attorney: | LAW OFFICES OF POLLACK AND ROSEN (GA) c/o Provest Litigation Services<br>2400 Herodian Way, Suite 230 Smyrna, GA 30080 |
| Plaintiff: | CREDIT CORP SOLUTIONS, INC., A/A/O SYNCHRONY BANK |
| Defendant: | WILLIAM AUSTIN |
| Servee: | WILLIAM AUSTIN |
| Servee Address: | 301 BRICKLEBERRY RDG<br>ATHENS, GA 30605 |

## SHERIFF/CONSTABLE/MARSHAL RETURN OF SERVICE

**I DO HEREBY CERTIFY THAT I AM A DULY SWORN SHERIFF DEPUTY/CONSTABLE/MARSHAL, THAT I HAVE MADE A DILIGENT SEARCH OF THE JURISDICTION AND FURTHER CERTIFY THAT THE RESULT OF THAT EFFORT IS DESCRIBED BELOW, PURSUANT TO OCGA 9-11-4:**

[ ] ***PERSONAL SERVICE***: I have this _______ day of _________________, 20___, at ________ am/pm, served the Respondent ______________________________ with a true copy of the SUMMONS AND COMPLAINT. Description is as follows: age, about _____ years; weight ________ pounds; height, about _____ feet and ______ inches.

[X] ***RESIDENTIAL SERVICE***: I have this 15 day of July, 2026 at 4:02 am/pm (pm circled), served the defendant William Austin be leaving a copy of the SUMMONS AND COMPLAINT at his most notorious place of abode in this County.
Delivered same into hands of Charlotte Austin (spouse) described as follows:
age, about 65 years; weight 150 pounds; height, about 5 feet and 7 inches, domiciled at the resident of the defendant.

[ ] ***CORPORATE SERVICE***: I have this _______ day of _________________, 20___, at ________ am/pm, served the Registered Agent/ Officer of the Corporation/authorized person with a true copy of the within SUMMONS AND COMPLAINT by handing the same in person to ______________________________, who holds the following title/position ______________________________. Description is as follows: age, about _____ years; weight ________ pounds; height, about _____ feet and ______ inches.

[ ] ***DILIGENT SEARCH***: I have this _______ day of _________________, 20___, at ________ am/pm, made a diligent search and respondent is not found in the jurisdiction of this court. **Comments: (Indicate reason for non-serve (unable to contact, moved, vacant, deceased, etc.))** ______________________________

[signature]
Sheriff/Deputy Sheriff/Constable/Marshal
Badge # 6282 Date 7/15/26

CLARKE COUNTY SHERIFF'S DEPT
325 E. Washington St., STE 125
Athens, GA 30601

*White - Court* *Yellow - Court to file stamp and Mail to Provest* *Pink - Defendant*

5986273 5986273 5986273 5986273 5986273 2