**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT E

**Notices of Servicemark Infringement — All Defendants — August 1-4, 2026**

---

True and correct copies of the Notices of Servicemark Infringement and Estoppel served upon all named Defendants as follows: Defendants Auslander, Zarate, and Willison (Pollack & Rosen) — served August 1, 2026 via USPS Registered Mail, confirmed August 6, 2026; All remaining Defendants Beregi (CCS), Doubles (Synchrony Financial), Leroy (Provest), and Sheriff Williams (ACC) — served August 4, 2026 via USPS Certified Mail, confirmed August 7, 2026.

NOTE: Seven (7) Notices of Servicemark Infringement comprising this Exhibit are voluminous, totaling approximately twenty-six (26) pages in the aggregate. Rather than burden the Court's record at filing, Plaintiff states that all such documents are in Plaintiff's possession, custody, and control and will be made available for inspection and production upon request of the Court or any party. Electronic PDF files are also available upon request.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages