**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT F

**Notices of Non-Compliance and Confirmed Willful Infringement — All Defendants — September 10, 2026**

---

True and correct copies of the Notices of Non-Compliance and Confirmed Willful Infringement served upon all named Defendants simultaneously on September 10, 2026, documenting the expiration of the thirty (30) day response period without compliance from any named Defendant and formally confirming willful infringement status under **O.C.G.A. § 10-1-451** and **15 U.S.C. § 1117(a)** as to each Defendant individually and confirming that enhanced statutory damages are warranted.

NOTE: Seven (7) notarized Notices of Non-Compliance and Confirmed Willful Infringement comprising this Exhibit are voluminous, totaling approximately twenty-eight (28) pages in the aggregate. Rather than burden the Court's record at filing, Plaintiff states that all such documents are in Plaintiff's possession, custody, and control and will be made available for inspection and production upon request of the Court or any party. Electronic PDF files are also available upon request.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages