**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT G

**Bill of Sale — Credit Corp (SFFSCPFS) – PSCC Fresh – April 2025**

**Transfer Date: April 12, 2025**

---

A true and correct copy of the Bill of Sale styled "Credit Corp (SFFSCPFS) – PSCC Fresh – April 2025," executed on April 28, 2025 (DocuSign Envelope ID: 596BEFE8-0939-4BFD-B452-FC05FACB84A1), by and between Synchrony Bank (Seller) and Credit Corp Solutions, Inc. (Buyer). The Bill of Sale confirms the commercial sale for profit of the portfolio, including Plaintiff's Mark-identified account, with a Transfer Date of April 12, 2025 for an aggregate Sale Balance of the accounts of $39,717,158.49.

**Source:** Filed by Defendant Jeff Willison, Esq. as an exhibit in official court proceedings in the State Court of Athens-Clarke County, Georgia. As an official court record, this Bill of Sale is subject to judicial notice under **Fed. R. Evid. 201(b)(2)** as a source whose accuracy cannot reasonably be questioned.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

Docusign Envelope ID: 596BEFE8-0939-4BFD-B452-FC05FACB84A1

synchrony
965 Keller Rd
Altamonte Springs, FL 32714

# BILL of SALE

## Credit Corp (SFFSCPFS) – PSCC Fresh – April 2025

Transfer Date: 4/12/2025

For value received and in further consideration of the mutual covenants and conditions set forth in the Master Account Sale Agreement (the "Agreement"), dated as of this 1st day of August, 2023 by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, LLC, Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ("Seller") and Credit Corp Solutions Inc ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement and Account Sale Addendum dated 7/23/2024), delivered by Seller to Buyer on or about the 12th day of April, 2025, and as further described in the Agreement.

The aggregate Sale Balance of the accounts as of the Transfer Date was $39,717,158.49

Synchrony Bank
By: Lynne Fisher 4/28/2025
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC
By: Lynne Fisher 4/28/2025
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC
By: Lynne Fisher 4/28/2025
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC
By: Lynne Fisher 4/28/2025
Lynne Fisher
Title: Vice President