**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ______________**

---

# EXHIBIT H

**Notarized Certificates of Service — Notices of Servicemark Infringement — August 1 and August 4, 2026**

---

Seven (7) separate notarized Certificates of Service confirming service of formal Notices of Servicemark Infringement upon the following named individual Defendants:

**Served August 1, 2026 — USPS Registered Mail — Delivery Confirmed August 6, 2026:**

(1) Charles E. Auslander III, Presiding Judge, State Court of Athens-Clarke County
(2) Elisa Zarate, Clerk of Court, State Court of Athens-Clarke County
(3) Jeff Willison, Esq., Pollack & Rosen, P.C. representing Credit Corp Solutions, Inc.

**Served August 4, 2026 — USPS Certified Mail — Delivery Confirmed August 7, 2026:**

(4) Thomas Beregi, President and CEO, Credit Corp Solutions, Inc.
(5) Brian D. Doubles, CEO, Synchrony Financial
(6) Michael J. Leroy, CFO, Provest Litigation Services LLC
(7) Sheriff Williams, Athens Clarke County Sheriff's Department

Service upon corporate entity Defendants CCS, Synchrony Financial, Synchrony Bank, Provest, and Athens-Clarke County Unified Government is established through the Notice to Principal is Notice to Agent doctrine as declared on the face of each Notice of Servicemark Infringement, through their respective officers named above.

NOTE: The seven (7) notarized Certificates of Service comprising this Exhibit are voluminous, totaling approximately thirty-four (34) pages in the aggregate. Rather than burden the Court's record at filing, Plaintiff states that all such documents are in Plaintiff's possession, custody, and control and will be made available for inspection and production upon request of the Court or any party. Electronic PDF files are also available upon request.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages