**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

---

**Austin v. Credit Corp Solutions, Inc., et al. — Civil Action No. ____________**

---

# EXHIBIT I

**Official Summons — State Court of Athens-Clarke County**

**Case No. ST26CV0568 — Issued June 22, 2026**

---

The official Summons issued June 22, 2026 in Case No. ST26CV0568, State Court of Athens-Clarke County, Georgia, personally signed and issued by Defendant Elisa Zarate in her capacity as Clerk of Court. The Summons designates Plaintiff's registered Servicemark name as the named defendant party identifier using the unauthorized inverted derivative "AUSTIN, WILLIAM" — a colorable imitation of Plaintiff's registered Servicemark WILLIAM ALAN AUSTIN℠ — constituting a separately actionable unauthorized commercial use of a colorable imitation of Plaintiff's registered Servicemark in an official court instrument issued fifty-five (55) days after constructive notice of Plaintiff's exclusive rights.

**Source:** Official court instrument of the State Court of Athens-Clarke County, Georgia. As a signed and issued official court record, this Summons is subject to judicial notice under **Fed. R. Evid. 201(b)(2)** as an official public record whose accuracy cannot reasonably be questioned.

**Affiant / Owner:** William-Alan Austin
**Servicemark:** WILLIAM ALAN AUSTIN℠, **Georgia Registration No. S-33096**
**Filed In Support Of:** Affidavit of William-Alan Austin in Support of Plaintiff's Complaint for Servicemark Infringement, Injunctive Relief, Disgorgement, and Damages

EFILED IN OFFICE
CLERK OF STATE COURT
CLARKE COUNTY, GEORGIA
ST26CV0568
CHARLES E. AUSLANDER III
JUN 22, 2026 08:10 PM
Elisa Zarate, Clerk
Athens-Clarke County, Georgia

# IN THE STATE COURT OF CLARKE COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER ST26CV0568

Credit Corp Solutions, Inc. a/a/o Synchrony Bank

**PLAINTIFF**

**VS.**

Austin, William

**DEFENDANT**

## SUMMONS

TO: AUSTIN, WILLIAM

You are hereby required to file with the Clerk of said court and serve upon the plaintiff or plaintiff's attorney, whose name, address and email address are:

**Jeff Willison**
**Pollack & Rosen, P.C**
**5755 North Point Pkwy**
**Suite 21**
**Alpharetta , Georgia 30022**
**legalpleadingsga@pollackrosen.com**

an answer to the complaint which is herewith served upon you. You must make your answer within 30 days after service of this summons upon you. This time excludes the day of service. If you fail to answer, the court will issue a default judgment against you for the relief sought in the complaint.

If this action pertains to a Protective Order, the answer is to be filed and served on or before the scheduled hearing date attached.

**This 22nd day of June, 2026.**

Clerk of State Court

Elisa Zarate, Clerk
Athens-Clarke County, Georgia