## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

Pro Se Application to the Clerk
For Electronic Filing Access

I, (*name and party*) William-Alan Austin, hereby apply to the clerk for permission to electronically file in Case No. 3:26-CV-00158-TES. In making this application, I affirm the following information:

1. I have read and agree to comply with the Local Rules of the Middle District of Georgia, the Administrative Procedures for Electronic Filing, and the Style Guide for E-filing. My failure to abide by these documents will be grounds for termination of my electronic filing privileges.
2. I have a valid PACER account.
3. I understand that I have five (5) business days from the signature date below to register for e-filing via PACER.gov.
4. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and I will no longer receive them by regular mail. **My email address is** waaustin@braxmail.net.
5. I meet the following technical requirements to successfully e-file:
   a. A computer with internet access;
   b. Daily access to an email account to receive notifications from the Court and notices from CM/ECF;
   c. A scanner to convert documents that are only in paper format into text-searchable PDF electronic format;
   d. A word-processing program to create documents; and
   e. A pdf reader and a pdf writer to convert word processing documents into text-searchable pdf format.
6. This application only applies to the case number specified above.
7. The use of electronic filing will conform to Rule 11(b) of the Federal Rules of Civil Procedure.

Date: 10/28/2026 Signature: William Alan Austin

☒ GRANTED

☐ DENIED