# PROPOSED ORDER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF GEORGIA**

**ATHENS DIVISION**

**WILLIAM-ALAN AUSTIN v. CREDIT CORP SOLUTIONS, INC.;**

SYNCHRONY FINANCIAL; SYNCHRONY BANK; POLLACK & ROSEN, P.C.; PROVEST LITIGATION SERVICES LLC; JEFF WILLISON, ESQ.; THOMAS BEREGI; BRIAN D. DOUBLES; MICHAEL J. LEROY; CHARLES E. AUSLANDER III; ELISA ZARATE; ATHENS-CLARKE COUNTY UNIFIED GOVERNMENT; and JOHN Q. WILLIAMS

**Civil Action No.:** 3:26-CV-00158-TES

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Having considered Plaintiff's Motion for Preliminary Injunction, the sworn Affidavit of William-Alan Austin, Plaintiff's Motion for Judicial Notice, and the supporting exhibits filed simultaneously herewith, and finding that Plaintiff has satisfied all four factors required for preliminary injunctive relief under ***eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388 (2006)***, it is hereby

ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED. All Defendants — Credit Corp Solutions, Inc.; Synchrony Financial; Synchrony Bank; Jeff Willison, Esq.; Pollack & Rosen, P.C.; Provest Litigation Services LLC; Thomas Beregi; Brian D. Doubles; Michael J. Leroy; Charles E. Auslander III; Elisa Zarate; Athens-Clarke County Unified Government; and John Q. Williams — their officers, agents,

employees, servants, attorneys, successors, and all persons acting in concert or participation with them, are hereby ORDERED to:

1. Immediately cease and desist all unauthorized commercial use of Servicemark **WILLIAM ALAN AUSTIN℠, Georgia Registration No. S-33096,** and all colorable imitations, derivatives, truncations, inversions, and variations thereof, in any instrument, record, proceeding, database, communication, or commercial activity, absent a fully executed Servicemark License Agreement with Plaintiff;
2. Immediately preserve and segregate all funds, proceeds, revenues, financial returns, fees, and interest generated through the unauthorized commercial exploitation of Plaintiff's registered Servicemark by each Defendant, and refrain from disbursing, transferring, or otherwise disposing of any such funds pending further Order of this Court;
3. Within thirty (30) days of this Order, provide a complete forensic accounting, conducted by a certified forensic accountant and adhering to Generally Accepted Accounting Principles (GAAP), of all revenues, profits, fees, and financial returns generated by each Defendant through the unauthorized commercial exploitation of Plaintiff's registered Servicemark; and
4. Within thirty (30) days of this Order, deposit all such preserved funds with the Registry of this Court pursuant to **Fed. R. Civ. P. 67** and **28 U.S.C. § 2041**, together with a complete written accounting thereof.

SO ORDERED this ______ day of _________________, 2026.

______________________________________________
United States District Judge
Middle District of Georgia, Athens Division