# PROPOSED ORDER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

**WILLIAM-ALAN AUSTIN v. CREDIT CORP SOLUTIONS, INC.**

SYNCHRONY FINANCIAL; SYNCHRONY BANK; POLLACK & ROSEN, P.C.; PROVEST LITIGATION SERVICES LLC; JEFF WILLISON, ESQ.; THOMAS BEREGI; BRIAN D. DOUBLES; MICHAEL J. LEROY; CHARLES E. AUSLANDER III; ELISA ZARATE; ATHENS-CLARKE COUNTY UNIFIED GOVERNMENT; and JOHN Q. WILLIAMS

Civil Action No.: 3:26-CV-00158-TES

## ORDER GRANTING PLAINTIFF'S MOTION FOR MANDATORY JUDICIAL NOTICE

Having considered Plaintiff's Motion for Judicial Notice and the supporting materials submitted therewith, and finding that each fact identified therein is "not subject to reasonable dispute" under **Fed. R. Evid. 201(b)**, it is hereby

**ORDERED** that judicial notice is taken of the following facts:

**FACT I:** Georgia Servicemark **Registration No. S-33096** was issued to William-Alan Austin on April 28, 2026, for the mark **WILLIAM ALAN AUSTIN℠**, Class 3 — Private Banking and Financial Services, with a first use date of March 11, 1958, establishing constructive notice of Plaintiff's exclusive rights to all persons under **O.C.G.A. § 10-1-452**.

**FACT II:** The trade name "WILLIAM ALAN AUSTIN" was recorded with the Oconee County Clerk of Superior Court on February 27, 2026, and published in The Oconee Enterprise on March 12 and 19, 2026, constituting a second independent publicly recorded instrument of Plaintiff's exclusive rights.

**FACT III:** The official online public docket of the State Court of Athens-Clarke County, Case No. ST26CV0568, reflects six (6) separately docketed instruments constituting unauthorized commercial use of Plaintiff's registered Servicemark WILLIAM ALAN AUSTIN℠, including: (a) Case Initiation Form; (b) Complaint; (c) Summons personally signed by Defendant Zarate; (d) Sheriff's Return of Service; (e) Private Notice of Typographical Correction erroneously docketed by Defendant Zarate on August 18, 2026; and (f) Private correspondence bearing "PRIVATE NOTICE — NOT TO BE FILED IN ANY COURT CASE OR PUBLIC RECORD" erroneously docketed by Defendant Zarate on September 14, 2026. The docket remains publicly accessible as of September 14, 2026.

**FACT IV:** The Sheriff's Return of Service filed July 16, 2026 in Case No. ST26CV0568 is an official sworn public instrument bearing the colorable imitation "WILLIAM AUSTIN" as the named defendant party identifier, executed by Athens-Clarke County Sheriff's Department Deputy Badge No. 6782 through Defendant Provest Litigation Services LLC operating as a for-profit commercial process serving company, seventy-eight (78) days after constructive notice of Plaintiff's exclusive rights was established on April 28, 2026.

**FACT VI:** Plaintiff served formal Notices of Servicemark Infringement upon seven (7) named individual Defendants on August 1, 2026 (Auslander, Zarate, and Willison by USPS Registered Mail, delivery confirmed August 6, 2026) and August 4, 2026 (Beregi, Doubles, Leroy, and Sheriff Williams by USPS Certified Mail, delivery confirmed August 7, 2026), as established by Eleven (11) notarized Certificates of Service available upon request as described in Exhibit H. The thirty (30) day response period expired September 5-6, 2026 without compliance from any named Defendant.

**FACT V:** The Bill of Sale styled "Credit Corp (SFFSCPFS) – PSCC Fresh – April 2025" was filed by Defendant Willison as an exhibit in official court proceedings in the State Court of Athens-Clarke County, Georgia, and constitutes an official court record subject to judicial notice under **Fed. R. Evid. 201(b)(2)** as a source whose accuracy cannot reasonably be questioned. The document confirms: a Transfer Date of April 12, 2025; an aggregate Sale Balance of $39,717,158.49; a sale executed without recourse.

**FACT VII:** On June 22, 2026, Defendant Elisa Zarate, Clerk of Court of the State Court of Athens-Clarke County, personally signed and issued an Official Summons in Case No. ST26CV0568, bearing the colorable imitation "AUSTIN, WILLIAM" — an unauthorized inverted derivative of Plaintiff's registered Servicemark WILLIAM ALAN AUSTIN℠ (Reg. No. S-33096) — as the named defendant party identifier. The Summons was executed fifty-five (55) days after constructive notice of Plaintiff's exclusive rights was established. As an official court instrument personally executed by Defendant Zarate in her official capacity as Clerk of Court, the Summons constitutes a public record subject to judicial notice under **Fed. R. Evid. 201(b)(2)** as a source whose accuracy cannot reasonably be questioned. See Exhibit I.

SO ORDERED this ______ day of _________________, 2026.

_______________________________________________

United States District Judge
Middle District of Georgia, Athens Division